# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128191

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                               SC:  128191
                                               COA:  259348
                                               Muskegon CC:  86-028460-FC

WARREN DAWSON,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 3, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005                                  _____

s1024                                                         Clerk